UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ICHI WU,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DYLAN SULLIVAN, et al.<br><br>　　　　Defendants. | No. 2:25-cv-00164-DC-JDP (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 4) |

Plaintiff Ichi Wu is proceeding *pro se* and *in forma pauperis* in this civil action. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 13, 2025, the assigned magistrate judge issued findings and recommendations recommending this action be dismissed without further leave to amend due to this court's lack of subject matter jurisdiction. (Doc. No. 4.) Specifically, the magistrate judge found Plaintiff's complaint was barred by the *Rooker-Feldman* doctrine.[1] (*Id*. at 2–3.) The findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days from the date of service. (*Id*. at 4.)

On February 18, 2025, Plaintiff filed objections to the pending findings and

---

[1] The doctrine takes its name from *Rooker v. Fid. Trust Co.*, 263 U.S. 413 (1923) and *District of Columbia Court of Appeals v. Feldman*, 460 U.S. 462 (1983).

1  recommendations. (Doc. No. 5.) In Plaintiff's objections, Plaintiff does not meaningfully address the magistrate judge's findings and recommendations. Instead, Plaintiff continues to ask the court to overturn the state court's judgment in an unlawful detainer action. (*Id*. at 1, 4, 6–7.) Thus, Plaintiff's purported objections do not provide a basis upon which to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Plaintiff's objections, the court concludes the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on February 13, 2025 (Doc. No. 4) are ADOPTED in full;

2. Plaintiff's complaint (Doc. No. 1) is DISMISSED without leave to amend for lack of subject matter jurisdiction; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **May 9, 2025**

Dena Coggins
United States District Judge